# EXHIBIT A-1

DRAFT

**DATE**: 1/26/2017
**TIME**: 4:03 PM CT
**SENDER**: Rishi Shah
**RECIPIENT**: Ashik Desai

00:00:00 **Rishi Shah**: Thanks Ashik. Well then since Belsomra and Movantic came up in particular, it looks like one of them is a four-million-dollar deal. On the others a two-million- dollar deal or something, and he thinks it should have only been a 600k deal. Can you figure out who sized it? Who's pushing it? Our RSVPs then? Over writing at them and just going at them with our own numbers? Or you know who's deciding how many offices to sell? How does that work? Because he's here his allegation, right? I just want to make sure I get the facts. I want to tape it and broadcast it, so we can build confidence without a lot of time lost. So if we're getting sales that go out, you know, if Adam is approving it, then easy us! You dumb fool. Why did you approve this? What I think he's saying is he's approving last and people are just changing it. So can you comment about that? Because with Belsomra and Movantic, is it the case that Adam approved these deals? Or Adam approved one number and then RSVP or sales people just approved another? And if they sold another, was there a rationale used for selling more or if I'm an RSVP can I just make my own number, I think it's not. But if you listen to Adam's narrative it sounds like that, so I just want to make sure you have a response to this because I know we are in the right from knowing you but I want to make sure that very logically we have answer to that charge, and I also want to know because we have to tell Getty about this.

DEFENSE EXHIBIT
5408.1
1:19-CR-00864

TRN-DOJ-0002928052