10478

 1                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                              EASTERN DIVISION

 3    UNITED STATES OF AMERICA,        )
                                       )   Docket No. 19 CR 864
 4                    Plaintiff,       )
                                       )   Chicago, Illinois
 5         v.                          )   April 11, 2023
                                       )   11:00 a.m.
 6    RISHI SHAH, SHRADHA AGARWAL,     )
      and BRAD PURDY,                  )
 7                                     )
                      Defendants.      )
 8

 9           TRANSCRIPT OF PROCEEDINGS - TRIAL VOLUME 41
           BEFORE THE HONORABLE THOMAS M. DURKIN, and a Jury
10

11    APPEARANCES:

12
      For the Government:    MR. MATTHEW F. MADDEN
13                           MR. SAURISH APPLEBY-BHATTACHARJEE
                             Assistant U.S. Attorneys
14                           219 South Dearborn Street, 5th Floor
                             Chicago, Illinois  60604
15

16                           MR. WILLIAM E. JOHNSTON
                             MR. KYLE C. HANKEY
17                           U.S. Department of Justice
                             Criminal Division, Fraud Section
18                           1400 New York Avenue NW
                             Washington, D.C.  20530
19

20

21

22                        ELIA E. CARRIÓN
                         Official Court Reporter
23                     United States District Court
                   219 South Dearborn Street, Room 1432
24                       Chicago, Illinois 60604
                            (312) 408-7782
25                  Elia_Carrion@ilnd.uscourts.gov

```
 1   APPEARANCES (Continued:)

 2
     For Defendant
 3   Shah:                    MR. JOHN C. HUESTON
                              Hueston Hennigan LLP
 4                            620 Newport Center Drive, Suite 1300
                              Newport Beach, California  92660
 5
                              MS. VICKI CHOU
 6                            MR. MICHAEL H. TODISCO
                              MS. KAREN DING
 7                            Hueston Hennigan LLP
                              523 West 6th Street, Suite 400
 8                            Los Angeles, California  90014

 9
     For Defendant
10   Agarwal:                 MS. KOREN L. BELL
                              MR. A. ALEXANDER LOWDER
11                            MR. STEPHEN G. LARSON
                              Larson LLP
12                            555 South Flower Street, Suite 4400
                              Los Angeles, California  90071
13
                              MR. PATRICK W. BLEGEN
14                            MS. KELSEY H. KILLION
                              Blegen & Garvey
15                            53 West Jackson Boulevard, Suite 1437
                              Chicago, Illinois  60604
16
17   For Defendant
     Purdy:                   MR. THEODORE T. POULOS
18                            MR. ERIC PRUITT
                              MR. JOHN PAVLETIC
19                            Cotsirilos, Tighe, Streicker, Poulos &
                              Campbell, Ltd.
20                            33 North Dearborn Street, Suite 600
                              Chicago, Illinois  60602
21

22

23

24

25
```

1    (Proceedings heard in open court; jury out.)

2         THE COURT:  All right.  We received a note that said:

3    "We are done with deliberation.  We've reached a verdict."

4    Signed by the foreperson, today's date, at 10:05 a.m.

5         So let's bring in the jury.

6    (Pause in the proceedings.)

7         COURT SECURITY OFFICER:  All rise.

8    (Jury in at 11:02 a.m.)

9         THE COURT:  Please be seated.

10        All right.  I understand you've reached a verdict.

11        THE FOREPERSON:  We have, Your Honor.

12        THE COURT:  All right.  Please pass the verdict form

13   to the court security officer.

14        The verdicts are as follows:  We, the jury, as to the

15   following charges of the indictment find as follows regarding

16   Defendant Rishi Shah:

17        Count 1:  Guilty.

18        Count 2:  Guilty.

19        Count 4:  Guilty.

20        Count 5:  Guilty.

21        Count 9:  Guilty.

22        Count 10:  Guilty.

23        Count 11:  Guilty.

24        Count 12:  Guilty.

25        Count 13:  Guilty.

1    Count 14:  Guilty.

2    Count 15:  Guilty.

3    Count 16:  Guilty.

4    Count 17:  Guilty.

5    Count 18:  Guilty.

6    Count 19:  Guilty.

7    Count 20:  Not guilty.

8    Count 21:  Not guilty.

9    Count 22:  Guilty.

10    Count 23:  Not guilty.

11    Count 24:  Guilty.

12    Count 25:  Guilty.

13    Count 26:  Guilty.

14    We, the jury, as to the following charges of the

15    indictment find as follows regarding Defendant Shradha

16    Agarwal:

17    Count 1:  Guilty.

18    Count 2:  Guilty.

19    Count 4:  Guilty.

20    Count 9:  Guilty.

21    Count 11:  Guilty.

22    Count 13:  Guilty.

23    Count 14:  Guilty.

24    Count 15:  Guilty.

25    Count 16:  Guilty.

1    Count 17: Guilty.

2    Count 18: Guilty.

3    Count 20: Not guilty.

4    Count 22: Guilty.

5    Count 23: Not guilty.

6    Count 24: Guilty.

7    Count 25: Guilty.

8    Count 26: Guilty.

9    We, the jury, as to the following charges of the

10 indictment find as follows regarding Defendant Brad Purdy:

11    Count 1: Guilty.

12    Count 2: Guilty.

13    Count 3: Guilty.

14    Count 4: Guilty.

15    Count 7: Guilty.

16    Count 8: Guilty.

17    Count 9: Guilty.

18    Count 11: Not guilty.

19    Count 13: Guilty.

20    Count 21: Not guilty.

21    Count 22: Guilty.

22    Count 23: Guilty.

23    Count 24: Guilty.

24    Count 25: Guilty.

25    Count 26: Guilty.

1          The verdict formed is signed by the 12 jurors.  The

2    top signature by the foreperson, and dated today, April 11,

3    2023.

4          Ladies and gentlemen, what I'm now going to do is ask

5    you if this was and is your verdict.  And I'm going to call

6    you individually by name.

7          So Isaias Santiago, was this and is this your

8    verdict?

9          JUROR SANTIAGO:  It is.

10          THE COURT:  Jillian Ferguson, was this and is this

11    your verdict?

12          JUROR FERGUSON:  It is.

13          THE COURT:  Diane Mobley, was this and is this your

14    verdict?

15          JUROR MOBLEY:  It is.

16          THE COURT:  Jaime Sepulveda, was this and is this

17    your verdict?

18          JUROR SEPULVEDA:  It is.

19          THE COURT:  Kristin Cochrane, was this and is this

20    your verdict?

21          JUROR COCHRANE:  It is.

22          THE COURT:  Jill Rusch, was this and is this your

23    verdict?

24          JUROR RUSCH:  It is.

25          THE COURT:  Monica Balc, was this and is this your

1    verdict?

2            JUROR BALC:  It is.

3            THE COURT:  Sergio Rocha Jr., was this and is this

4    your verdict?

5            JUROR ROCHA:  It is.

6            THE COURT:  Terence O'Rourke, was this and is this

7    your verdict?

8            JUROR O'ROURKE:  It is.

9            THE COURT:  Julie Daw, was this and is this your

10   verdict?

11           JUROR DAW:  It is.

12           THE COURT:  Kristyn Ivey, was this and is this your

13   verdict?

14           JUROR IVEY:  It is.

15           THE COURT:  And, Kathleen Cox, was this and is this

16   your verdict?

17           JUROR COX:  It is.

18           THE COURT:  So say you all?

19           THE JURY:  Yes.

20           THE COURT:  All right.  Well, ladies and gentlemen,

21   this finishes your jury service.  I want to thank you on

22   behalf of all the parties and the Court.  Your service has

23   been extraordinary.

24           It's been a lengthy, difficult trial.  You've all

25   been attentive.  You've been timely.  You've been patient with

1   the delays.  And you approached this in the highest traditions

2   of the American justice system.  You got to participate in it

3   in a way that very few citizens get to do.

4        And I know it's a tough job.  I told you that at the

5   beginning, but it's a rewarding job.  It's what our government

6   asks of its citizens, and you performed your service honorably

7   and with great passion and deliberation, and I -- on behalf of

8   everyone, especially the Court, I want to thank you for that.

9        I'm going to discharge you now.  I'm going to ask you

10  to go back to the jury room.  I'd like to come back and

11  individually thank you in a few minutes.  But your service now

12  is completed, so you're discharged.  Thank you.

13        COURT SECURITY OFFICER:  All rise.

14        (Jury out at 11:07 a.m.)

15        THE COURT:  All right.  Please be seated.

16        All right.  My courtroom deputy will show you a copy

17  of the verdict form and then eventually make a copy of it for

18  you.

19        Does either side wish to talk to the jury?  I will

20  allow you talk to the jury -- the attorneys -- allow you to

21  talk to the jury provided you agree that nothing you learn in

22  your discussions with the jury will be used to impeach the

23  verdict.

24        Does the government wish to talk to the jury?

25        MR. JOHNSTON:  Only if the defense chooses to.

1      THE COURT:  Okay.  Does Defendant Shah wish to talk
2  to the jury?
3      MS. CHOU:  We do not.
4      THE COURT:  All right.  Defendant Agarwal?
5      MR. LOWDER:  We need one moment, Your Honor.
6      THE COURT:  All right.
7   (Counsel conferring.)
8      MR. LOWDER:  We do, Your Honor.
9      THE COURT:  All right.  Defendant Purdy?
10      MR. PRUITT:  We do, Your Honor.
11      THE COURT:  All right.  Then the government I assume
12  does.
13      MR. JOHNSTON:  Yes, Your Honor.
14      THE COURT:  Okay.  Well, do you -- first starting
15  with the government, do you agree that nothing you learn in
16  discussions with the jury will be used to impeach the verdict?
17      MR. JOHNSTON:  Yes, we agree, Your Honor.
18      THE COURT:  All right.  Defendant Agarwal, do you
19  agree that nothing you learn in the discussions with the jury
20  will be used to impeach the verdict?
21      MR. BLEGEN:  We do, Judge, but does that also apply
22  to things like enhance the verdict?  I mean, so let's say
23  somebody does a Rule 29 motion or something and asked for it
24  and the government said oh, no, and --
25      THE COURT:  No, nothing can be used --

1      MR. BLEGEN:  It applies both ways, I assume.

2      THE COURT:  It applies both ways.

3      MR. BLEGEN:  Okay.

4      THE COURT:  The verdict is the verdict.  I'm giving

5  you an opportunity to talk to the jury as a privilege.  Most

6  lawyers want to talk to a jury after a verdict.  If nothing

7  else, to possibly understand the verdict, but more

8  importantly, to see if they have tips on -- on courtroom

9  presentation.

10      MR. BLEGEN:  I guess what I would say is, can we have

11  the agreement that nothing said by the jurors can be used in

12  any way by either party in pleadings or -- or otherwise?

13      THE COURT:  Yes, yeah.

14      MR. BLEGEN:  Okay.

15      THE COURT:  And the government agrees to that,

16  correct?

17      MR. JOHNSTON:  Yes, Your Honor.

18      THE COURT:  And does Defendant Agarwal agree?

19      MR. BLEGEN:  Yes.

20      THE COURT:  Defendant Purdy?

21      MR. PRUITT:  Yes, Your Honor.

22      THE COURT:  And Defendant Shah, you have no intention

23  of going back, correct?

24      MS. CHOU:  That was -- I'm checking with Mr. Hueston,

25  but that was --

1    THE COURT:  All right.  If you do choose to go back,
2    do you agree to those provisions?  You will not --
3            MS. CHOU:  Yes.
4            THE COURT:  -- use anything you learn to impeach the
5    verdict?
6            MS. CHOU:  Yes, we will agree to that as well.
7            THE COURT:  Okay.  And whether you go back or not is
8    your choice.  Clients do not go back.  Just the attorneys.
9            Okay.  Government, I assume there's no request to
10   change the bond, correct?
11           MR. JOHNSTON:  No, Your Honor.
12           THE COURT:  That is correct?
13           MR. JOHNSTON:  That is correct, we do not -- we're
14   not asking to change the bond.
15           THE COURT:  Okay.  The -- I'll allow the parties to
16   discuss the filing of posttrial motions and -- why don't you
17   get back to my courtroom deputy by a week from today with any
18   schedule for filing of posttrial motions.  That's still within
19   the time limits the rule allows, I believe, and I would rather
20   than set our dates now, have you discuss among yourselves and
21   with the government the appropriate briefing schedule for
22   posttrial motions.
23           Any objection to that?
24           MR. JOHNSTON:  No, Your Honor.
25           THE COURT:  Defense?

1      MS. CHOU:  No, Your Honor.

2      MR. POULOS:  No, Your Honor.

3      MR. LOWDER:  No, Your Honor.

4      THE COURT:  All right.  So a week from today, get

5   back to her with an agreed briefing schedule.  That will then,

6   of course, extend the normal time you need to preserve any

7   issues you have under the rules.  So that stipulation will

8   make sure you're within the rules.

9      Okay.  I'm not going to set a sentencing date at this

10  time.  I'll wait -- I think the -- we have to deal with

11  Mr. Desai's sentencing, the two other folks that -- whose

12  cases were transferred from Judge Tharp, and then, of course,

13  the sentencing in this case.

14      So I would rather you discuss with my courtroom

15  deputy if there is a particular order to the sentencing the

16  government's requesting or the defense asks for.  And I'll

17  accommodate that request.

18      Anything else from the government?

19      MR. JOHNSTON:  No.  But I assume when we pick a

20  sentencing hearing, we'll also choose a forfeiture hearing

21  date as well.

22      THE COURT:  Well, I'd like you to when you come back,

23  I think we need -- probably need to do the forfeiture hearing

24  before we do a sentencing.  That's --

25      MR. JOHNSTON:  Yes, Your Honor.

1           THE COURT:  -- a matter to decide.

2           So I'd like you to come back in that one week when

3    you talk about posttrial motions with suggestions on a

4    forfeiture date -- hearing date, whether or not there's going

5    to be witnesses or just exhibits, how you wish to proceed, and

6    have a proposal from both sides.

7           If you can't be in agreement, then we'll get on the

8    phone and talk about how to proceed.

9           MR. JOHNSTON:  Yes, Your Honor.

10          THE COURT:  Okay.  Anything else, then, from the

11   government?

12          MR. JOHNSTON:  No, Your Honor.

13          THE COURT:  Defendant Shah?

14          MS. CHOU:  No, Your Honor.

15          THE COURT:  Defendant Agarwal?

16          MR. LOWDER:  No, Your Honor.

17          THE COURT:  Defendant Purdy?

18          MR. PRUITT:  No, Your Honor.

19          THE COURT:  Okay.  Then I will be back to -- shortly.

20   I'll see if the jury wants to talk to you.  It's up to them,

21   of course.  But if they do, then I'll -- after I'm done

22   talking to them, I'll come out and ask you to go back and talk

23   to them.

24          Thank you all.

25          And my courtroom deputy will have the verdict form if

10491

1   you need to look at it.

2          (Proceedings concluded at 11:12 a.m.)

3                          CERTIFICATE

4          I certify that the foregoing is a correct transcript from

5   the record of proceedings in the above-entitled matter.

6   */s/ Elia E. Carrión*              *13th day of April, 2023*

7   *Elia E. Carrión*                        *Date*
    *Official Court Reporter*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25