UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | No. | 19 CR 864 |
| | ) | | |
| RISHI SHAH et al., | ) | | Judge Thomas M. Durkin |

**WITHDRAWAL OF AUSA MATTHEW F. MADDEN**

Please take notice that Assistant United States Attorney Matthew F. Madden is no longer assigned to this case.

                                                Respectfully submitted,

                                                MORRIS PASQUAL
                                                Acting United States Attorney

By:   */s/ Matthew F. Madden*
        MATTHEW F. MADDEN
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-2050

Dated: February 9, 2024