UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   19 CR 864 |
| | ) | |
| RISHI SHAH et al., | ) | Judge Thomas M. Durkin |

**<u>ATTORNEY DESIGNATION</u>**

    Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

                                        Respectfully submitted,

                                        MORRIS PASQUAL
                                        Acting United States Attorney

                                      By:  */s/Corey B. Rubenstein*
                                                COREY B. RUBENSTEIN
                                                Assistant United States Attorney
                                                219 South Dearborn Street
                                                Chicago, Illinois 60604
                                                (312) 353-8880

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the

**ATTORNEY DESIGNATION**

was served on February 9, 2024, in accordance with Fed. R. Crim.P.49, Fed R. Civ.P.5,LR5.5, and the General Order on Electronic Case filing (ECF), pursuant to the district court's system as to ECF filers.

                              By:  */s/Corey B. Rubenstein*
                                    COREY B. RUBENSTEIN
                                    Assistant United States Attorney
                                    219 South Dearborn Street
                                    Chicago, Illinois 60604
                                    (312) 353-8880