UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RISHI SHAH, | ) | |
| SHRADHA AGARWAL, | ) | |
| BRAD PURDY, and | ) | |
| ASHIK DESAI | ) | No.    19 CR 864 |
| | ) | |
| Defendants. | | Judge Thomas Durkin |

## WITHDRAWAL OF ASSISTANT CHIEF WILLIAM JOHNSTON

Please take notice that Fraud Section Assistant Chief William Johnston is no longer assigned to this case.

                Respectfully submitted,

                MORRIS PASQUAL
                Acting United States Attorney

By:    *s/ Corey Rubenstein*
                Corey Rubenstein
                Assistant United States Attorney
                219 S. Dearborn Street
                Chicago, Illinois 60604
                (312) 469–6045

                GLENN S. LEON
                Chief, Fraud Section
                Criminal Division
                U.S. Department of Justice

|  |  |
|---|---|
|  | By:   *s/ William Johnston* |
|  | William Johnston |
|  | Assistant Chief |
|  | 1400 New York Ave NW |
| Dated: February 23, 2024 | Washington, D.C. 20530 |