SMB

**U.S. Department of Justice**
United States Marshals Service

RCVD USMS FEB 26 '24 AM 10:03

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 19 CR 864-1 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| RISHI SHAH | Preliminary Order of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The real property located at:
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
924-926 N. Clark Street, Chicago, Illinois 60610

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
ATTN: Katie Montgomery, Forfeiture
U.S. Attorney's Office
219 S. Dearborn, Suite 500
Chicago, IL 60604

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:
Please post a copy of the attached Notice of Forfeiture and Prelminary Order of Forfeiture at the subject property

20-FBI-002518

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ Corey Rubenstein, AUSA (by KM) | [X] PLAINTIFF [ ] DEFENDANT | (312) 353-5300 | 2/20/2024 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process: 1 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk | Date 2/26/24 |

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Date: 2/26/24  Time: 3:15 pm

Address *(complete only if different than shown above)*

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

1 DWM @ 2 miles

**FILED**
FEB 27 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Form USM-285
Rev. 03/21