# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

RCVD USMS MAR 13 '24 AM 9:29

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 19 CR 864-2 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Shradha Agarwal | Preliminary Order of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Funds received from McGuireWoods LLP (20-FBI-004262)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
c/o United States Marshals Service, 219 S. Dearborn, Chicago, IL 60604

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

ATTN: Forfeiture Unit
U.S. Attorney's Office
219 S. Dearborn, Suite 500
Chicago, IL 60604

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Pursuant to paragraph 5, page 12, of the Preliminary Order of Forfeiture entered on 6/16/23 as docket number 468, please confirm custody of the subject property listed above (20-FBI-004262).

Signature of Attorney other Originator requesting service on behalf of:
/s/ Corey Rubenstein, AUSA (by KM)

[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: (312) 353-5300
DATE: 3/12/2024

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:

Date: 3/13/24    Time: 9:30  [X] am [ ] pm

Address *(complete only different than shown above)*:

Signature of U.S. Marshal or Deputy: Cynth Williams

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

In USMS Custody as of 7/13/2020

FILED
MAR 26 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Form USM-285
Rev. 03/21