

| U.S. Department of Justice | RCVD USMS MAR 13 '24 AM 9:29 | PROCESS RECEIPT AND RETURN |
|---|---|---|
| United States Marshals Service | | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 19 CR 864-1 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Rishi Shah | Preliminary Order of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Funds received from Quinn Emanuel Urquhardt & Sullivan LLP (20-FBI-004264)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
c/o United States Marshals Service, 219 S. Dearborn, Chicago, IL 60604

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| ATTN: Forfeiture Unit<br>U.S. Attorney's Office<br>219 S. Dearborn, Suite 500<br>Chicago, IL 60604 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Pursuant to paragraph 4, page 4, of the Preliminary Order of Forfeiture entered on 11/30/23 as docket number 622, please confirm custody of the subject property listed above (20-FBI-004264).

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ Corey Rubenstein, AUSA (by KM) | | (312) 353-5300 | 3/12/2024 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>3/13/24 | Time<br>9:30 | ☒ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>*Cyntt Wilborn* | | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

**FILED**

MAR 26 2024  EW

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

In USMS Custody as of 7/7/2020

Form USM-285
Rev. 03/21