IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>RISHI SHAH, et al.,<br><br>      Defendants. | Case No. 19 CR 864<br><br>Judge Thomas M. Durkin |

**DEFENDANT RISHI SHAH'S MOTION TO
ADMIT ADDITIONAL EXHIBITS FOR EVIDENTIARY HEARING**

COMES NOW Defendant Rishi Shah, by and through his undersigned counsel, and moves for the admission of the attached documents in support of his Motion to Dismiss the Indictment or for a New Trial (Doc. #490) (the "Motion to Dismiss"). In support of this Motion, Defendant Shah states the following:

### I.    Subscription Agreements

**Exhibit 8200: IVP XV Subscription Agreement**
**Exhibit 8201: IVP XVI Subscription Agreement**
**Exhibit 8202: Greatpoint Ventures Subscription Agreement**
**Exhibit 8203: HealthX Subscription Agreement**
**Exhibit 8204: 7Wire Subscription Agreement**

Defendant Shah moves for the admission of Exhibits 8200 through 8204 in support of his Motion to Dismiss. These exhibits are Subscription Agreements for various entities in which Jumpstart Ventures II and Gravitas Holdings held interests. The Subscription Agreements detail the terms of the relationship between the funds and the investing entity. Defendant Shah moves to admit these documents to establish, in part, that Defendant Shah would have, without the Government's excessive restraint, been able to liquidate the nontraceable portions of these investments to fund his legal defense after receiving consent from the fund's General Partner.

## II. Hueston Hennigan Billing Invoices

**Exhibit 8205: Invoice tracking spreadsheet from Hueston Hennigan**

Defendant Shah moves for the admission of Exhibit 8205 in support of his Motion to Dismiss. This exhibit is a billing invoice tracking spreadsheet provided by Hueston Hennigan. Upon review, the Court will see that Hueston Hennigan accrued $8,138,290.35 in fees and $1,020,754.87 in costs through the end of trial in April 2023. Defendant Shah submits this reconciliation in support of the reasonableness of the $14–15 million quote submitted by Quinn Emanuel for the representation of both himself, and his co-defendant, Shradha Agarwal.

## III. Supplemental Declarations

**Exhibit 8206: Supplemental Declaration of Stuart Larkins**

Defendant Shah moves for the admission of Exhibit 8206 in support of his Motion to Dismiss. Exhibit 8206 is a supplemental declaration submitted by Stuart Larkins, a Co-Founder and Partner at Chicago Ventures. Defendant Shah submits this declaration to establish that, if not for a missed capital call after issuance of the Protective Order, the net asset value of the Chicago Ventures Founder Fund investment would have been in excess of $5 million. Further, this supplemental declaration is submitted to support the existence of a secondary market for interests in this specific fund and the fund's history of approving such transactions.

## IV. Updated Expert Report

**Exhibit 8207: Updated Calculations to the Second Supplemental Report Dated May 6, 2024, of Kenneth B. Mathieu, CPA/ABV/CFF, MBA**

Defendant Shah moves for the admission of Exhibit 8207 in support of his Motion to Dismiss. Following his testimony in this Court on May 7, 2024, the defense's expert, Ken Mathieu, identified a few minor errors in his calculations. Exhibit 8207 corrects those errors and provides

additional explanation about the updates made to the Updated Second Supplemental Report Dated May 6, 2024 (previously admitted as Shah Ex. 8031).

### V. DOJ Press Release

**Exhibit 8208: DOJ Press Release,** *Former Executives and Employees of Health Technology Start-Up Charged in a $1 Billion Scheme to Defraud Clients, Lenders and Investors* **(11.25.2019)**

Defendant Shah moves for the admission of Exhibit 8208 in support of his Motion to Dismiss. This is exhibit is a copy of the Department of Justice press release following the indictment of Defendant Shah. This exhibit is offered to establish the reasonableness of the belief that the Government's case theory at the time of indictment included fraud against the pharmaceutical customers, not just the Outcome Health's lenders and investors.

### VI. 7 Wire Emails

**Exhibit 8211: Re: Capital Call Notice Reminder and Recall of Returned Capital (05.20.2018)**
**Exhibit 8216: Re: Jumpstart Capital Call: 7Wire Ventures: $344,000 (11.11.2019)**
**Exhibit 8222: 7Wire Ventures Fund, L.P.- 2020 K1's (04.22.2021)**

Defendant Shah moves for the admission of Exhibits 8211, 8216, and 8222 in support of his Motion to Dismiss. These exhibits are being offered to establish that 7Wire had previously afforded Jumpstart the opportunity to cure a missed capital call, as well as to explain the reason for the missed capital call that occurred immediately before the return of indictment—namely, an oversight by Summit Trail Investment Advisors.

### VII. Emails Relating to Proposed and Actual Secondary Market Transactions

**Exhibit 8209: RE: IVP LP interests (03.22.2018)**
**Exhibit 8210: FW: IVP XVI LP Transfer Process (re: Outcome Health) (05.07.2018)**
**Exhibit 8212: RE: Followup (07.09.2019)**
**Exhibit 8213: RE: Followup (08.20.2019)**
**Exhibit 8214: RE: Settercap / Leerink – agreement and login info – IVP XVI (10.09.2019)**
**Exhibit 8215: RE: IVP LP interests (10.14.2019)**
**Exhibit 8217: RE: IVP XV & Leerink (11.25.2019)**
**Exhibit 8218: RE: IVP XV & Leerink (11.27.2019)**

**Exhibit 8219: Setter Volume Report – Institutional Venture Partners XV/XVI, Leerink Transformation Fund I, etc. (02.27.2020)**
**Exhibit 8220: RE: IVP XV & Leerink (02.28.2020)**
**Exhibit 8221: Special GP Survey – Institutional Ventures Partners XV/XVI, Volition Capital Fund II – IV and Leerink Transformation Fund I, etc. (05.18.2020)**
**Exhibit 8223: SVR FY-21 / Market Volatility – IVP XIII-XVI, Monarch Capital Partners II-IV and Valor Equity Management III-V, etc. (02.04.2022)**
**Exhibit 8224: Motivated Buyer / Setter Volume Report + IVP XIII-XVI, Monarch Capital Partners II-IV and Valor Equity Management III-V, etc (08.23.2022)**
**Exhibit 8225: RE: Motivated Buyer / Setter Volume Report + IVP XIII-XVI, Monarch Capital Partners II-IV and Valor Equity Management III-V, etc. (10.25.2022)**

Defendant Shah moves for the admission of Exhibits 8209, 8210, 8212 through 8215, 8217 through 8221, and 8223 through 8225 in support of his Motion to Dismiss. These exhibits are emails relating to various funds subject to the Protective Order (Doc. # 27). Mr. Shah submits these exhibits to demonstrate a vibrant secondary market for the sale of interests in these funds, proceeds of which Mr. Shah could have used to fund his criminal defense if not for the Protective Order. *See, e.g.*, Ex. 8217 (providing Mr. Shah with a "buyer who is ready to transact by year end"); Ex. 8218 (asking Mr. Shah if he would "consider selling now?").

WHEREFORE, Defendant Shah moves for the admission of the above-mentioned exhibits in support of his Motion to Dismiss.

Dated: May 22, 2024

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2000
Fax: (314) 259-2020
*richard.finneran@bryancave.com*

*Attorney for Defendant Rishi Shah*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 22, 2024, the foregoing was served upon all counsel of record by operation of the Court's electronic filing system.

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN