**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19 CR 864 |
| | ) | Judge Thomas M. Durkin |
| RISHI SHAH, *et. al.*, | ) | |
| (SHRADHA AGARWAL) | ) | |
| | ) | |
| Defendants. | ) | |

**ADDITIONAL LETTERS ON BEHALF OF DEFENDANT AGARWAL**

Defendant, **SHRADHA AGARWAL**, by and through her attorneys, **BLEGEN & ASSOCIATES, WILLKIE FARR & GALLAGHER, THE LAW OFFICE OF JOHN D. CLINE**, and **LARSON LLP**, respectfully submits the following additional character letters.[1]

1.    Suhani Amin

2.    Yoshita Chaudhri

3.    Raj Karan Singh

4.    Mohit Melwani

5.    Arti Sharma supplemental email (original letter Exhibit B-12)

6.    Minor Child of Arti Sharma

7.    Minor Child of Arti Sharma

---

[1] These letters were submitted directly to the Court's clerk on June 18, 2024. We are filing them on the public docket at the Court's direction.

Respectfully submitted,

s/Patrick W. Blegen
**PATRICK W. BLEGEN**, one of the
Attorneys for Shradha Agarwal

**BLEGEN & ASSOCIATES**
53 W. Jackson Boulevard
Suite 1424
Chicago, Illinois 60604
(312) 957-0100

2

Hon Judge Thomas M. Durkin
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604


June 11, 2024


To the Honorable Judge Durkin,

I am writing to share my experiences with my dear friend, Shradha Agarwal, before her sentencing. As her friend, I have had the privilege of witnessing her growth, resilience, and compassionate nature firsthand. I have seen her navigate journey with grace and empathy.

Fourteen years ago, Shradha and I met by chance at an event in Chicago. We immediately bonded over our immigrant stories, our love for adventure, and our deep-rooted spirituality.

Over the years, we have celebrated many milestones in the company of loved ones—birthdays, babies, marriages, and moves. Yet, what I treasure most are our one-on-one catch-ups. Every few months, we'd share a meal and delve into conversations about everything that mattered to us—from navigating relationships and the importance of personal growth to caring for aging parents and building our own families. Being almost the same age and in similar life stages, we found many commonalities between us.

After my daughters were born, we'd have some of these chats at my home, with Shradha often holding my baby while my toddler played with the craft book that 'Shradha Masi' (aunt) had just gotten for her. Yes—this aunt always came bearing thoughtful, educational gifts. Sharing a photo of Shradha holding my second-born when she was seven weeks old. We'd often talk about how wonderful it would be to someday raise children together and be each other's village.

I'd walk away from these conversations with my cup full. Shradha is a friend who listens actively, offers thoughtful advice, and always creates a safe space for all feelings. Her empathy and compassion extend beyond her friends and family, as she has been actively involved in various non-profit organizations. Through her, I was introduced to Uniting Voices Chicago and learned about numerous other organizations she has passionately supported to make a positive impact on others' lives.

Even after she moved out of Chicago, Shradha always made sure to keep in touch. She has a remarkable ability to remember and reach out for every milestone—holidays, anniversaries, and birthdays (not just mine, but also those of my daughters). This genuine care for others and paired with herer unwavering compassion has made her such a treasured friend.

I firmly believe that Shradha is a kind-hearted humble soul, who is not only self-aware, but has the learner's mindset to be able to grow from her experiences. I kindly request that you consider the totality of Shradha's character when making your sentencing decision.

Thank you for your time and consideration.

Sincerely,
Suhani Amin



To:
Honorable Thomas M. Durkin
United States District Court – Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Durkin,

I am writing to provide a character reference for Mrs. Shradha Agarwal, for whom I have had the privilege of knowing for 11 years. Shradha is incredibly simple, genuine, and grounded, and is recognized as a community builder and role model within our communities.

I first met Shradha at a close friend's wedding, where she immediately felt like family. Her humble nature and enthusiasm were evident as she helped the bride's family, laughed, and added joy to the occasion. She even organized a dance performance involving over fourteen people from different walks of life, showcasing her remarkable ability to bring people together.

Whenever Shradha visited California, she asked to go on a walk at the beach. She wanted to be with nature. Despite her impressive success in business and her extensive network, I was always struck by how simple and authentic she was. Our conversations were always personal, sharing dreams and experiences with each other.

Both of us started searching for a life-partner around the same time and discussed the kind of partner we hoped to find. Her one quality was to find someone "grounded". She was eager to meet someone and start a family ASAP. She met Jayant, someone simple and genuine just as she had hoped. With her love for nature, she chose to get married outdoors, seeking blessings from the elements like earth, sky, and water. As most Indian weddings, I expected a large and lavish affair, especially given her large network. But I was taken back that there were only about ~50 of her closest family and friends, as she wanted to keep it intimate and her authentic-self.

Shradha's professional achievements were an inspiration to me, reflecting the influential and community-focused path. Through Shradha I learned the importance of fusing your career goals with your purpose for life. She brought out my childhood innate need to give back to our community. I have found success as a Director in a publicly traded medical device company, where I create impact in our patient's lives everyday. I am blessed with a wonderful family, including a three-year-old daughter.

As I reflect on my own achievements and fulfillment, I wish for Shradha to have the same opportunities I have. She deserves a chance to rebuild, to unpause her life and become a loving mother and wife, and to find passionate work within the community.

Shradha always has the best intent in heart – people and positive impact. I am confident if she is given a fresh start, she will make positive contributions. Whatever situation she is currently involved in, I strongly believe is out of ignorance. She was in her 20s, and I am confident she has gained valuable lessons through this process to help her move forward. Punishing her with imprisonment would shatter the dreams of every girl who has looked up to her.

Judge Durkin, I am certain Shradha Agarwal will make you proud – when you write your autobiography, she will be your positive example on how you were able to read people's future potential versus seeing only their current state. You will be recognized for nurturing the potential within an individual who went on to achieve great things. I ask you to consider the good that Shradha has done. Please grant her the opportunity to unpause her life as a wife, future mother, and community member.

Thank you for your time and consideration,

Yoshita Chaudhri
Email:
Phone:

## Pictures for reference:



Dance performance organized by Shradha, bringing together fourteen people from different walks of life. (August 2013)



(August 2013)



(August 2013)



With her love for nature, Shradha got married outdoors. Seeking blessings from the elements like earth, sky, and water. (December 2016)





(December 31, 2015)



(December 31, 2015)



My Wedding (November 2017)



Our Visit to Chicago (February 2018)

June 13, 2024

Raj Karan Singh

███████████████████

█████████████

Respected Receipt,

I am writing to express my deepest respect and admiration for Shradha Agarwal, someone I've had the privilege of knowing for nearly 20 years. By way of introduction, my name is Raj Karan Singh. I reside in Chicago, IL. I'm currently a Client Director at Google.

I first met Shradha in 2006 when I was a freshman in college at Loyola University Chicago. During that same time, Shradha and my elder sister attended Northwestern University. I would often visit my elder sister and therefore I had a chance to spend time with Shradha, as well.

From my very first interaction, I still recall Shradha's kindness, humility, sincerity, and intelligence. Over the years, I've watched in deep admiration as Shradha has achieved remarkable success as a founder and senior executive. What's most impressive, however, is her continued and unwavering humility. Despite her many accomplishments, she remains the same grounded, approachable, and incredibly kind person I met years ago.

Shradha is more than just a kind person; she is also a true coach both professionally and in life. In terms of professional coaching, even during her incredibly busy schedule, I still recall Shradha taking out time to help guide me when I was starting my career in consulting and subsequently when I was applying to business school. During these formative moments in my life, I recall that each interaction with Shradha reminded me of her genuine and empathic nature. During those moments and still today (including our most recent interaction), she always listens intently (completely focused on the person during the conversation), offers thoughtful advice (with the selfless goal to help someone achieve their dream), and consistently makes others feel valued (which is all the more impressive given Shradha's incredible success).

In addition to her humility, genuine nature, and intelligence, Shradha is simply a wonderful person to spend time with. In fact, Shradha and I share a fondness for basketball and the Chicago Bulls. I recall many lively conversations on this topic. During those discussions, I would at times pause (as I reflected on the fact that I was conversing with a senior executive in the professional world) and think to myself: "what an incredibly down to earth person". This is an extremely rare quality that very few possess especially given the magnitude of success.

Perhaps most importantly, Shradha is a person of integrity. She is honest and trustworthy. Her values are evident in everything she does. As I'd shared, Shradha is also a life coach. There have been moments in life where I have struggled with certain situations. During these moments, like an elder sister, Shradha infused positivity into our conversations. She not only offered tangible advice on how to actually deal with the situation at hand but also always reminded me of the power of a positive mindset while going through those difficult life experiences. I can

unequivocally say that Shradha's guidance was both critical and impactful in contributing to my personal growth during some of my life's most difficult situations.

In closing, I am honored to know Shradha and call her a friend, an elder sister, and life coach. She is a rare gem - a brilliant mind with a kind heart and an unwavering commitment to making a positive impact in the lives of others.


With Respect,

Raj Karan Singh

Hon. Judge Thomas M. Durkin
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Durkin,

I am writing this letter to respectfully request leniency towards Mrs. Shradha Agarwal. I met Shradha through my wife, who has been a close friend of hers for many years. Over time I got to know Shradha and then her husband, Jayant. My first impression was that she is humble and enjoys the simplicities of life. Every time we met, it was simple - we all just caught up.

The first time I met Shradha, my wife planned for us all to go to Laguna Beach to enjoy the sunset. But it was cold and raining that day in California, so we found a local spot for a quick bite and warm teas at 5pm. On another occasion, my wife messaged her last minute about a work trip in Chicago, which I decided to join her on and enjoy the weekend – in cold February. Shradha and Jayant met us two times in a span of three days. Each time we talked about families, our backgrounds, milestones, personal goals and reflections over the past year. She led a normal lifestyle, but is vibrant in personality.

It's very rare to meet people like this, where there is no expectation, just a mutual appreciation for good conversations. We joked about moving to Chicago, just to be around good people like them, or trying to convince them to move to California. Our dream! I've been around other couples who always want to be at the trendiest spots, enjoying the finest drinks, and boasting about their achievements or possessions. This was not her or Jayant.

Shradha deeply cares for others. She always wished us on birthdays and regularly asked about the health of our families. Even though she is good friends with my wife first, she particularly remembers that my father has afib, and my mom has type 1 diabetes. Shradha is not just another person that fits into a bucket. She is truly a gem of a person.

I fear that time in prison is not the right path for Shradha. She has humility and is in an unfortunate situation. We need your help to find the right pathway for someone who has full potential ahead of her. I am requesting a second chance at creating a life for Shradha, so she can fulfill her dreams of having a life with her husband and creating a family.

Thank you for taking the time to consider my perspective.

Sincerely,

Mohit Melwani

**From:** Arti n Abhi █████████████
**Sent:** Tuesday, June 18, 2024 2:12 PM
**To:** ████████████████████
**Subject:** Character Letters for Shradha Agarwal

CAUTION - EXTERNAL:

Hi █████,
Thank you for speaking with me on the phone and allowing me to email these letters. I realize you must be very busy and apologize for any inconvenience.

Dear Honorable Judge Durkin,
I apologize in advance as I'm not familiar with the process of sending character letters but our 10-year old daughter ████████ and 7-year old son ████████ had written about Shradha after their school got out on 6/13 and it looks like their letters missed the deadline. I had mentioned the kids' letters to some mutual friends who immediately sent their own letters that also didn't make it in time.

I feel compelled to still try to send these in (even though I am aware there are stacks more which were already submitted) because this is a matter of great importance to all of us. While our children don't know why they were writing about Shradha, they wrote their own words from the heart and we felt they captured the essence of Shradha best. There are no blood ties here but the bonds she creates with people leave everyone, kids included, touched to the core.

I have known Shradha for nearly two decades now and anyone who knows Shradha will describe her as "down to earth" and "selfless." That's why it's hard to see someone, who has always tried to help others with a sincere heart, suffering so much these past several years. I don't know what the future holds but I pray and hope our justice system prevails in taking into account the whole person and life they've lived before making any final decisions. Please forgive me for sending the kids' letters late as we had waited until the last day of school and genuinely thought they had made the deadline. Thank you for your time.

With gratitude,
Arti Sharma

# About My Shradha Masi

My Shradha Masi is the best masi ever.
She is kind, very positive, inspiring, and well loved by me.

My Shradha Masi is the type of person who thinks about others before herself. For example, one time she was helping my mom with a project and suprisingly, she got my brother, Arjun and me I both a piece of cake! Shradha Masi is very kind and fun to be with. In the past, when she's visited our house she taught my brother and I how to play some cool games that we could play when we got bored. This is one of the reasons I love my masi so much!

My Shradha Masi is very positive. No matter what situation she's in, she always makes the best of it. Every time I see Shradha Masi, she has a smile on her face. When anyone actually gets to know her, a smile will be on their face too.

My Shradha Masi is very inspiring. Right now, I'm in girl scouts and Shradha Masi used to be too. She's always given me great advice and supports my efforts to reach my dreams. She always does the right thing, no matter what. Shradha Masi is definetly someone a girl like me can look up to.

I love Shradha Masi for all these reasons and more. She is a great role model for how to live a perfect life. I've always wanted to grow UP TO BE SOMEONE AS GREAT AS...



# All About Shradha Masi

My Shradha Masi is the best Masi ever. First of all, She's kind. She's always willing to help you and only positive things come out from her mouth. Also, she's helpful. She taught me lots of cool games. She also helped me with my mini-me poster in Kindergarten. Then she said to reach for my dreams of basketball and that no hoop is too high. Lastly, she is loving. She will alway be there for you in any of your hard times.

Shradha Masi stands for:

Supportive
Helpful
Remarkable
Awesome
Delightful
Humorus
Adventurous
_____
Marvoules
Amazing
Super
Incredible



Love,





Steph likes blue
and yellow He can shoot
hoops.
By,



