# SECOND SUPPLEMENT TO SENTENCING MEMORANDUM

# LETTERS OF SUPPORT

## TABLE OF CONTENTS

**Page**

Jeff Aronin ....................................................................................................................................1

Parin Maru ...................................................................................................................................2

Myles G. von Trapp Derbyshire..................................................................................................3

To the Honorable Thomas M Durkin
United States District Court for the
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Hello Your Honor:

My name is Jeff Aronin.

The purpose of this letter is to provide you with my personal thoughts and experiences on Rishi Shah.

I have known Rishi for approximately 7 years. We were both members of The Young Presidents Organization (YPO). We also both participated in a YPO forum where I got to know him better. I have known him in primarily a social setting as well. I have also seen him in community endeavors, where he was well liked and friends cared for him. I have observed Rishi as a generous, caring person for his family and friends.

The experiences I've had were always pleasant and those around him always enjoyed and benefited from his company. I have not done any business with him but have seen him in family and personal situations, where my observations were that of somebody who cared deeply about his family and friends. I was at his father's funeral where I saw even in this difficult moment in his life he felt a deep obligation to take care of his mother and sister and family. I have also watched him as a father and how he has prioritized what is best for his child. Since the birth of his child that has been his top priority.

I've watched Rishi grow as a person tremendously over this difficult period. While he is younger, and I don't see him every day, the periodic catch up meetings where I do see him, I have been impressed with his growth as a human being. I watched him instead of becoming angry he has amassed enormous humility and a better understanding of who he. It appears that he has gained the knowledge of what's important in life and what's not. Recently he has sought my advice on child caring as I have children who are older. Seeking advice is something I don't think he would have done in the past, showing me a real growth in who he is.

I cannot comment from a business perspective or too much about who he was many years ago. What I can comment on is what I see in him today. I see Rishi as someone focused on raising his son, on his marriage and on taking care of his family. I believe he has become a better person and will continue on this journey of self-reflection and growth.

I hope my experiences and thoughts are useful.



DocuSigned by:
Jeff Aronin
5019B38A35C54B2...

Honorable Thomas M. Durkin
United States District Judge
Northern District of Illinois
Eastern Division

Everette McKinley Dirksen US Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Durkin,

My name is Parin Maru, and I've been working in the technology industry as a software engineer in San Francisco for the past ten years. I met Rishi and spent significant time with him during the years of 2021 and 2022.

I whole heartedly believe in his character, integrity, and his ability to carry out tremendous positive impact for society. For example, during my first interaction with him, he was supporting a musician financially during covid times and hosted a music event for this artist at his home. Very few people have the loving generosity and trustworthiness Rishi displays toward others and his values of giving back are eminent and impactful.

He has been an integral part of many communities in Chicago, donating and supporting non-profit charities with his wealth. In one particular instance, he donated to Imerman Angels, a non-profit dedicated to advancing the quality of life for cancer patients. In another instance, he gathered his family on Thanksgiving day to cook breakfast for the poor at a soup kitchen. This compassion translated into his personal life, I observed first-hand how very caring he is with his family and loved ones, he always helps and supports those who are in need and goes above and beyond for them.

He has inspired me and so many others in the technology industry through his inspiring qualities and the sacrifices he made to make Outcome Health successful as CEO. He showed executives and aspiring entrepreneurs how we could do well by doing good, his core values were to infuse love, empathy, and kindness in digital innovation. He always supported and mentored other founders in the technology space through passing on his own learnings and acknowledging his mistakes; he has been a constant source of inspiration and positive influence on those around him.

I respectfully request that you consider his positive qualities for sentencing and the impact that his absence would have on his loved ones and the Chicago community.

Thank you for your consideration.

Sincerely,
Parin Maru

Myles G. von Trapp Derbyshire
███████████
███████████
New York, NY 10028

The Honorable Thomas M. Durkin
United States District Judge
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

June 17, 2024

Dear Judge Durkin,

I had the pleasure of meeting Rishi Shah in June 2021 through my dear friend Anita Lewis. I was immediately inspired by his intellect, but more impressed with his love and high regard for Anita, his now fiancé. At first, I was intimated by his financial success, assuming that he would be arrogant and dismissive. His character turned out to be fundamentally the opposite of that, learning quickly that Rishi is the type to give the shirt off his back to anyone in need.

Over the course of the last three years, I have been fortunate to develop my own friendship with Rishi. I have spent weekends with him, Anita, her family, his mother, his sister, and his incredible son ██. He is a dedicated family man who loves his son deeply. You can tell the two of them are best friends. He has an open-door policy with friends, not only with his physical home but also his heart. I have witnessed him treat his son's caregivers with utmost respect, like a member of the immediate family, consistently setting a positive example for ██ of how to treat others with kindness. You can see it in his eyes. Rishi's soul is nothing but good.

I am on the board of a foundation called Mommy's Heart, a 501 (c)(3) that helps victims of domestic violence with mental health care and legal assistance. We are working with local politicians in New York to change law to protect the children of survivors against perpetrators. In my two years working with the foundation, Rishi has consistently expressed interest in our work and how we will develop nationally. Although he is not directly involved with the organization, I have appreciated my conservations with him and learning from his own philanthropic work. It's another reminder of how much he cares for his son- his consistent expressed interest in how the foundation is saving young children from parents who have created a harmful environment.

In closing, as the great-grandson of a former Massachusetts District Attorney, I want to express to the court my utmost respect for our judicial system. Although my opinion of the case differs from the verdict, I respect your esteemed position, your Honor. I humbly ask the court to consider a sentence that will allow Rishi to continue his good work for the betterment of his community, and one that will not permanently damage the mental health of his █ year-old son.

Respectfully,
Myles G. von Trapp Derbyshire

*Myles G. von Trapp Derbyshire (Jun 22, 2024 14:54 EDT)*