Rishi Shah
924 North Clark Street
Chicago, IL 60610

June 26, 2024

Honorable Thomas M. Durkin
United States District Judge
Northern District of Illinois
Eastern Division
Everett McKinley Dirksen US Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Durkin,

When my attorneys informed me that I would have the opportunity to make a personal statement to you, I felt ashamed and embarrassed for the long proceeding that my failures have caused you to have to sit through. I couldn't help but think that the picture you have of me must be defined by my very worst actions—ones that fill me with remorse, regret, and guilt.

There isn't a day that goes by without the haunting memories of things that I should have done differently, or flashbacks to emails, texts, and conversations that I wish I would have handled better. For the past six years, I have reflected deeply on my actions and their implications. I write this personal statement with the hope that you will see a fuller picture of who I am as an individual, my belief in my rehabilitation, and my commitment to turning my life around. I want to be a story of successful rehabilitation and someone who contributes to society as the product of the lessons they have learned. And while this trial has been an exceptionally difficult personal experience, I end it genuinely grateful to live in a country with a justice system committed to fairness and one that has afforded me the opportunity to defend myself—to giving even those who make serious mistakes a second chance.

**Background**

My father grew up in a small village in India and attended medical school on a full scholarship. In the late 1970's, he immigrated to America with less than twenty dollars in his pocket. He spent his first night sleeping on a bench at O'Hare International Airport. Later, he met my mother, and after they married in 1983, she also immigrated to Chicago from India.

My father established his endocrinology practice before I was born. My mother, who had earned a master's degree in microbiology in India, managed my father's practice. Thanks to their hard work, we lived comfortably in Willowbrook and then Oak Brook, IL.

The idea of entrepreneurship resonated with me long before I discovered the word. I remember one story from my childhood when a door-to-door art salesman visited our house one day. Inspired by seeing him sell a painting, and with a good cause in mind, my sister and I started selling our watercolor masterpieces to neighbors for fifty cents apiece. My mother rushed home from work to shut down our business, but not before I fell in love with entrepreneurship.

By middle school, I discovered my passion for technology and quickly learned computer skills. I routinely helped my father with online tasks like booking travel or investing in stocks. During summers, I worked at my father's medical office setting up the Wi-Fi and making photocopies. I also noticed how much time he spent with each patient. He often repeated the same nutritional and lifestyle tips over and over again. I suggested that we record FAQs, including his nutritional tips and other topics, and then set up a video screen in his reception area. That way, my dad could save time and his waiting room could function as a learning space. We worked together as a family to put this together and while I didn't realize it then, it was the seed for what would become Outcome Health later.

**ContextMedia**

One night, in the fall of 2005, I was reading an article in *The Economist* while sitting with Derek Moeller and Shradha Agarwal in the Northwestern University library. The article described how retailers like Walmart had installed large flat-screens in their stores. The screens showed product-related videos in each section of the store. This article reminded me of setting up a screen in my father's waiting room to educate his patients. Then I imagined installing screens in more waiting rooms to reach more patients. That night, we came up with the idea for ContextMedia.

We enrolled the idea in an industrial engineering school course about how to write a business plan. The professor liked our idea and became our first advisor and angel investor. Next, we accessed the Northwestern alumni database and reached out to professionals in the healthcare and advertising industry. I started to envision the multi-sided network including medical offices, advertisers, content producers, and equipment suppliers, with our company coordinating everything.

Within eighteen months, we had our equipment installed in hundreds of medical offices. Simultaneously, we negotiated deals with advertising agencies and pharmaceutical companies. As is customary in the advertising business, we sold programs for the year ahead anticipating our growing audience.

The financial crisis of 2008 and the budget freezes that followed almost ended our company, but thankfully, we bounced back quickly. We stabilized the business by 2010 and felt optimistic about our future prospects. In 2011, Shradha and I founded JumpStart Ventures to encourage and support new start-ups. We used our small earnings from ContextMedia to invest with three objectives: community, learning, and philanthropy. With each investment, we brought together a community of like-minded entrepreneurs who inspired us with their social mission. And most

importantly, we wanted to be there for founders the way we wished someone would have been there for us.

ContextMedia's success gave me the platform to serve my beloved hometown. I wanted Chicago to be a great place to start new companies so I served on the board of the Chicagoland Chamber of Commerce and the Chicago Entrepreneur Center. I also mentored at a number of local startup incubators and accelerators to help grow the entrepreneurial ecosystem in the city. At the same time, it struck me that while we were working to help create the future, mere miles away parents were worried about protecting their kids from gun violence and providing basic education. I worked with numerous non-profit organizations focused on these topics and helped Chicago's mayor advocate for gun safety. I cherished these opportunities to act on my values, contribute to Chicago, and serve my neighbors.

**Serious Trouble**

By 2013, ContextMedia was enjoying strong growth. We expanded our product line to include tablets and digital wallboards in medical exam rooms. In 2016, we acquired Accent Health and changed our name to Outcome Health. By then, one quarter of American medical practices had our equipment installed. We had grown by 5000% since 2011 and our staff had grown from a small team of 20 to over 600 people at our main offices and over 2000 technicians in all fifty states as contractors. Our success was the culmination of my life's work and a dream come true for me.

However, this growth coincided with a number of fatal mistakes that I hold myself responsible for. First, in part because we were growing fast, we did not have an adequate system in place to manage and track ad-delivery. Second, while I received assurances that we were addressing gaps in contracted ad delivery, I should have more carefully monitored the details to ensure follow through. Finally, I was too optimistic in my projections of our audience growth; this came from genuine belief in the prospects of our company, but I should have been more cautious. I view these failures as fundamental. We charged money to our clients for advertising, and it is inexcusable that we didn't do this right.

In reflecting back, I also recognize that I created a shoot first culture where we prioritized moving fast, even if it meant breaking things. This is a nuanced topic for me because I'm very passionate about startups as an economic engine for America, and I think there is virtue in moving fast and accepting some chaos or risk. However, the culture I created permissioned people on my team to think it was okay to create false data in response to client questions. There was not any nuance to that. It is absolutely unconscionable to me, and I needed to do better in making that clear to my team. Watching these things come to light and understanding how they came to be was heartbreaking for me. I feel embarrassed and disappointed in myself that such flagrant offenses happened at my own company. And I also recognize that it was my responsibility to ensure that all of my team knew what lines were not okay to cross in any circumstance.

3

The most frustrating aspect of my reflection was seeing that I missed so many opportunities to correct the issues. Time and time again, I missed chances to dig in and properly investigate the issues that were surfacing. I erred on multiple levels on this topic. I was not open to the concerns being raised to me. While sitting through the trial, and the many hours of preparation and depositions ahead of it, I had the opportunity to relive the very worst decisions I've made across my career in a condensed time period. Of course, in real-time, the table is not set perfectly and you come across discrete bits of information amidst hundreds of other things going on that day. They're not organized neatly on a slide connecting excerpts of emails you receive weeks or months apart. That said, having had the opportunity to look back at it that way, I see clearly how many opportunities I had to discover what was truly happening. And had I taken in the information I was seeing with an open mind, it would have led me down a different course. I now advise founders that you need to be most careful when investigating concerns that surprise you because that's where your own bias is most dangerous.

Instead of doing that, I didn't even consider the possibility that there was validity to the concerns if they conflicted with what I was hearing from a source I trusted. I often viewed people raising these issues as criticizing someone I believed in, or my company, or that they were just complainers posing an obstacle that was distracting us from making progress. I was often dismissive and, worse yet, sometimes took criticism of my company or one of my reports personally and became upset by it. I see this now as arrogance. I was entrusted to lead the company as CEO, which required me to be even minded in considering concerns raised, even if they didn't fit my pre-existing view of what was happening. I see now how many opportunities I missed because of this flaw, and I feel responsible that the company did not course correct earlier and have an opportunity to realize its full potential.

Finally, I was able to reflect on the most difficult period of my professional life, which was the lead-up and fallout of the article in 2017. This reflection was the most humbling and powerful for me, as there are so many things I would do differently if I could replay this period of time. The biggest is that I wouldn't allow myself to see myself as a victim in what happened. I was CEO and had the most authority of anyone involved. It didn't feel like that at the time to me. Instead, I was caught in my own head, absorbed with the feeling that what was happening was unfair and that I was betrayed by those I should have been able to count on to help me. It took me years to see this differently, and I've drawn great lessons that extend far beyond professional growth into the core of how I live my life now.

The two years that followed my departure from the company would mark the lowest point of my life. Beyond the loss of my company, which was immensely painful to me, my reputation had been permanently tarnished. This particularly affected me as I had been very involved civically, helping to create the entrepreneurial ecosystem in Chicago and engaged in many of the city's education focused non-profit organizations. I became withdrawn and a shell of myself. Within the next year, my first child was born. And within five months of that, I was charged in this case, and my father suddenly passed away from heart failure. I blame myself for the stress that I caused my father, and losing him in these circumstances was the most devastating moment of my life. It felt like I had killed my father.

In this desperation and void, somehow I found my footing again. My father was deeply spiritual and, in his absence, I rekindled my interest in Buddhism and the spiritual philosophies of India that we would often discuss in my youth. Between having a son in the circumstances I did and having to console my mother and sister on the loss of my father, the combined effect shook me out of thinking of myself as a victim. I stopped thinking about what I had lost and started thinking about how I could be there for others in the way my father would have been and the example I now needed to set for my own son. My growing connection to my faith, without doubt inspired by my father, in turn gave me the strength to use what I was going through to try and improve myself.

**Looking Ahead**

As time went on, I naturally reflected on my time leading Outcome and the things I wished I handled differently. I often spoke about this over long, raw conversations with peers and eventually crystalized many things I'd learned. I was eager to apply this in the companies I was involved with incubating, advising, and mentoring. I saw that they received my message well, especially given my own personal experience. It was fulfilling for me to be able to get my arms around the mistakes I had made and use them to help others.

I started doing more of this and have had the opportunity to speak to dozens of companies, their CEOs, and investors. Many of them asked me to come speak to their teams, which I gladly did. Many of these companies valued growth and speed, just like I would have, and sharing my experience and mistakes led to impactful conversations. In some instances, the GC found my engagement to be very helpful in getting their CEOs and executives to pay attention to topics of "defense" that often get overlooked, whether that was how to investigate employee concerns, contractual delivery compliance, or any number of other issues where I had made mistakes. I also have spoken to many startup incubators, accelerator programs, and investors who thought organizing content on this topic would be very helpful to their companies. This was all happening organically, but after the trial I decided to formalize this work into a service project to write and distribute what I had learned for the benefit of others. I've worked to distill this into a book, a draft of which is complete and which includes collaborations with attorneys and other subject matter experts. While investors, founders, and incubator/accelerator programs universally welcome this content, it usually fails to catch the attention of their companies. This is where my story has an opportunity to engage founders and their management teams since I've sat in their shoes, accomplished many of their desired milestones, and also lost all of them due to the mistakes I've made.

Your Honor, I have spent many long days and nights scrutinizing every detail of this experience. I have replayed key moments, reflected on my leadership or lack thereof, and reconsidered aspects of my personality. I am also committed to sharing my story openly and honestly which I have endeavored to do. I am certain that I will live my life in such a way as to never put myself in a position to return to another courtroom as a criminal defendant. If it becomes my duty to

5

report to prison, I will do so with humility. I pray for your mercy so that I may have the opportunity to build my family and live my life with the lessons I have learned.


Respectfully,

*Rishi Shah* (DocuSigned)

Rishi Shah