IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RISHI SHAH, et al.,<br><br>    Defendants. | Case No. 19 CR 864<br><br>Judge Thomas M. Durkin |

## SELECT TRIAL EVIDENCE RELATING TO PROVISION OF MAKE GOODS

In response to the Court's request, Defendant Rishi Shah submits the following trial transcript and exhibit citations demonstrating that Outcome provided make goods to customers in the event of contractual shortfalls, even in the absence of customer complaint.

**January 24, 2017 Voxer Message from Mr. Desai to Mr. Shah**

In a January 24, 2017 Voxer message from Mr. Desai to Mr. Shah, Mr. Desai indicated that Outcome was indeed providing make goods as required by its contracts, even in the absence of customer complaints:

- [W]here we've had guarantees and where we've had to measure, and when there's a make good, we've absolutely gone ahead and provided those….

- [A]ny position we entered into in 2016 where we had a guarantee and where we had to go back and provide a make good, we absolutely did….

- There's no doubt there's deltas on programs. There's no doubt we've got this issue with the affidavits. There's no doubt that ROI guarantees need to be rightsized going in versus blanket termed across the board. Um, but how we've dealt with these in 2016 is with the utmost integrity and in the spirit of long-term partnership with our partners where, where we've had to make good, we absolutely will.

Gov. Ex. 762b.

**January 4, 2017 Voxer from Mr. Desai to Mr. Shah**

In a January 4, 2017 Voxer message from Mr. Desai to Mr. Shah, Mr. Desai explained that Outcome was attempting to be transparent and providing a full make good plan to address its operational issues:

- And so, as we went in to present the research, we of course hit the operational issue head on because it was the only way that we could continue to explain that hey these results are in fact really strong, it's just disrupted by a shortage in offices for six months and then you know this issue in October. And the spirit of this was of course to be very transparent, a candid client, and being kind of had a full make good plan in front of him….

Gov. Ex. 715b.

**Jason Ketchum Trial Testimony**

At trial, Jason Ketchum testified that in 2013, when one client was late in sending advertising content for Outcome to display and therefore the campaign fell behind through no fault of Outcome's, Outcome provided a make good in the form of running the advertisements in an additional 60 extra offices.

- Q. I think we covered the Humira campaign in 2013 was supposed to start January 2013, right?
- A. Yes.
- Q. And do you recall the client was actually more than a week late sending the Humira advertising content for Outcome to display?
- ….
- Q. So you recall the campaign fell behind here, through no fault of Outcome, right?
- A. Yes.
- …
- Q. Okay. And do you recall, sir, that Outcome actually provided a make-good of about 60 extra offices to make up for the lost Humira impressions anyway?
- ….
- Q. [T]hat indicates there's going to be a make-good here, an extra 60 being added for that period, right?
- A. It's not clear if it's a make-good, but it does show an extra 60.
- Q. Okay. Operational issue occurred. Outcome provided a fix, right?
- A. Looks that way, yes.

**Jason Ketchum Trial Testimony**

At trial, Mr. Ketchum also testified regarding a proposal he made in a December 2012 email in which he confirmed that he proposed to run a client's campaign at no charge to the client until they hit the guaranteed 3:1 return on investment.

- Q. In your proposal you are guaranteeing a 3:1 ROI. What will the outcome be in terms of pricing and make good should you not be able to deliver on this?

- A. Run it at NO CHARGE until we hit 3:1.

Def. Ex. 10186; Ketchum Tr. at 1399:17–1400:24; December 12, 2012 email from Bob Mons concerning proposal to Pradaxa.

**Boehringer Contract**

The language of this contract demonstrates that if there was a shortfall on delivery in the first half of the year, Outcome had the ability to make adjustments by using additional media in the second half of the year. This type of make good was built into the contract.

- "If at year end, we have a shortfall against our ROI guarantee, we will provide sufficient media credit in Quarter 1, 2016, to make-good."

DX 12294; Tr. 7975:22–24.

Dated: June 26, 2024

Respectfully submitted,
BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2000
Fax: (314) 259-2020
*richard.finneran@bryancave.com*

*Attorneys for Defendant Rishi Shah*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on June 26, 2024, the foregoing was served upon all counsel of record by operation of the Court's electronic filing system.

                                            */s/ Richard E. Finneran*
                                            RICHARD E. FINNERAN