# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>RISHI SHAH, SHRADHA AGARWAL, and BRAD PURDY | Case No. 19 CR 864<br><br>Hon. Thomas M. Durkin<br>United States District Judge |

## DEFENDANT SHRADHA AGARWAL'S NOTICE OF APPEAL

Defendant Shradha Agarwal hereby appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered against her in this case (Doc. 807).

Respectfully submitted,

Dated: July 12, 2024

LAW OFFICE OF JOHN D. CLINE

By: /s/ *John D. Cline*_____
     John D. Cline

Attorney for Defendant
Shradha Agarwal

1