UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 19 CR 864 |
| vs. | Hon. Thomas M. Durkin<br>United States District Judge |
| RISHI SHAH, SHRADHA AGARWAL, and BRAD PURDY | |

### DEFENDANT SHRADHA AGARWAL'S DOCKETING STATEMENT

The district court has jurisdiction over this case under 18 U.S.C. § 3231. The Court of Appeals has jurisdiction under 28 U.S.C. § 1291.

This is an appeal from a final judgment in a criminal case, entered on July 1, 2024. On April 11, 2023, a jury found defendant-appellant Shradha Agarwal guilty on Counts 1, 2, 4, 9, 11, 13, 14, 15, 16, 17, 18, 22, 24, 25, and 26 of the superseding indictment and not guilty on Counts 20 and 23. Ms. Agarwal filed post-trial motions for judgment of acquittal, for a new trial, and to dismiss the indictment. The district court denied the motions by orders entered March 21, 2024 (Doc. 678) and June 12, 2024 (Doc. 747).

On June 26, 2024, the district court sentenced Ms. Agarwal to one day incarceration on each count and to three years of supervised release on each count with certain conditions, including that Ms. Agarwal serve a term of up to 36 months in community confinement, to begin no sooner than January 6, 2025. The sentences

1

on all counts are to run concurrently. The court also imposed a substantial forfeiture and a special assessment. The court deferred determination of the amount of restitution.

The district court entered the judgment on July 1, 2024. Doc. 807. Ms. Agarwal filed her notice of appeal on July 12, 2024. Doc. 811. Under Fed. R. App. P. 4(b)(1)(A), the notice of appeal was timely filed.

                                            Respectfully submitted,

Dated: July 12, 2024

                                            LAW OFFICE OF JOHN D. CLINE

                                            By: /s/ *John D. Cline*_____
                                                  John D. Cline

                                            Attorney for Defendant
                                            Shradha Agarwal