UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 19 CR 864 |
| | ) | |
| RISHI SHAH, | ) | |
| SHRADHA AGARWAL, and | ) | Judge Thomas M. Durkin |
| BRAD PURDY | ) | |
| | ) | |

**JOINT STATUS REPORT REGARDING RESTITUTION**

The UNITED STATES OF AMERICA, by its attorneys, MORRIS PASQUAL, Acting United States Attorney, and GLENN S. LEON, Chief of the Fraud Section of the U.S. Department of Justice's Criminal Division, defendant RISHI SHAH, through his attorneys Richard Finneran and William Burck, defendant SHRADHA AGARWAL, through her attorneys Patrick Blegen, John Cline, and Koren Bell, and defendant BRAD PURDY, through his attorneys Theodore Thomas Poulos and John Pavletic, respectfully submit the following joint status report regarding restitution.

The government notes that the Mandatory Victims Restitution Act provides that the Court may make a final determination of restitution at a date "not to exceed 90 days after sentencing." 18 U.S.C. § 3664(d)(5). The government also points out that the United States Supreme Court has held,

1

"The fact that a sentencing court misses the statute's 90-day deadline, even through its own fault or that of the Government, does not deprive the court of the power to order restitution." *Dolan v. United States*, 560 U.S. 605, 611 (2010); *see also United States v. Robl*, 8 F.4th 515 (7th Cir. 2021) ("The Mandatory Victims Restitution Act imposes a deadline 'to give victims timely relief; it is not written to give defendants an absolute deadline, after which they are freed from providing restitution to the individuals they have harmed.'") (*quoting United States v. Bour*, 804 F.3d 880, 888 (7th Cir. 2015)).

The government anticipates calling at least one witness—likely including an expert witness—to testify in support of the government's position on the appropriate amount of restitution owed to the victims in this case. The government would submit a written outline of its position regarding restitution no later than two weeks prior to the hearing. If the government calls an expert witness to testify at the hearing, the government will also submit an expert report to the defense and to the Court no later than two weeks prior to the hearing.

The government requires sufficient time for its expert to complete an analysis and prepare for the hearing and—after accounting for dates on which defense counsel are not available in September or the last week of August—

2

requests a hearing on either September 3, 4, or 5, or, in the alternative, August 26, 27, or 28.

Counsel for all defendants are available September 3 through 5 or August 26 through 28 for a hearing. Counsel for Mr. Shah objects to the length of the Government's request for time to prepare for the hearing. Counsel for Mr. Shah requests instead that the Court set a hearing on a date within the first two weeks of August.

The parties request a telephonic status hearing in the near future to discuss setting the date for the evidentiary hearing.

Finally, the parties have met and conferred regarding a possible resolution of the restitution amount without the necessity of a hearing. While they have determined that further discussion regarding potential stipulations on restitution as to at least some of the victims might be productive in the future, they are not able to reach agreement at this time.

[SIGNATURE PAGES FOLLOW]

       Respectfully submitted,

       MORRIS PASQUAL
       Acting United States Attorney

By: *s/ Jason Yonan*
    Jason Yonan
    William Hogan
    Corey B. Rubenstein
    Assistant United States Attorneys
    219 S. Dearborn Street
    Chicago, Illinois 60604
    (312) 886-2050

    GLENN S. LEON
    Chief, Fraud Section
    Criminal Division
    U.S. Department of Justice


By: *s/ Kyle C. Hankey*
    Kyle C. Hankey
    Assistant Chief
    1400 New York Ave NW
    Washington, D.C. 20530
    (202) 616-2639


By: */s/ Richard E. Finneran*
    RICHARD E. FINNERAN
    211 North Broadway, Suite 3600
    St. Louis, Missouri 63102
    Tel: (314) 259-2000
    Fax: (314) 259-2020

/s/ [signature]
William Burck
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000

*Attorneys for Defendant Rishi Shah*

*/s/ Pat Blegen*
Patrick W. Blegen
BLEGEN & ASSOCIATES

*/s/ John D. Cline*
John D. Cline
LAW OFFICE OF JOHN D. CLINE

*/s/ Koren Bell*
Koren Bell
Willkie Farr & Gallagher LLP
2029 Century Park East
Los Angeles, California 90067

*Counsel for Shradha Agarwal*

*/s/ Theodore T. Poulos*
Theodore T. Poulos
John N. Pavletic, Jr.
COTSIRILOS, TIGHE,
STREICKER,
POULOS & CAMPBELL, LTD.
55 E. Monroe St., Ste. 3250
Chicago, IL 60603

*Counsel for Brad Purdy*

5