IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RISHI SHAH, et al., <br><br> Defendants. | Case No. 19 CR 864 <br><br> Judge Thomas M. Durkin |

## NOTICE OF APPEAL

Rishi Shah hereby appeals to the U.S. Court of Appeals for the Seventh Circuit from the final judgment dated July 1, 2024, R. 805, including each and every part of the judgment and sentence and all interlocutory rulings subsumed therein.

Dated: July 15, 2024

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2000
Fax: (314) 259-2020
*richard.finneran@bryancave.com*


*Attorneys for Defendant Rishi Shah*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served upon all counsel of record by operation of the Court's electronic filing system.

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN