IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

RISHI SHAH, et al.,

          Defendants.

Case No. 19 CR 864

Judge Thomas M. Durkin

## **DOCKETING STATEMENT**

Pursuant to Seventh Circuit Rule 3(c), Rishi Shah submits the following Docketing Statement contemporaneously with the filing of his Notice of Appeal in the above-captioned case.

This is a direct appeal from a criminal conviction in the U.S. District Court for the Northern District of Illinois, Eastern Division. On November 21, 2019, a federal grand jury returned a superseding indictment charging Mr. Shah with 22 counts of mail fraud, wire fraud, bank fraud, and money laundering in violation of 18 U.S.C. §§ 1341, 1343, 1344, and 1957. R. 14.

The indictment also included forfeiture allegations, stating that the grand jury found probable cause to believe that "[a]ll right, title, and interest" in certain assets were subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(A) and 28 U.S.C. § 2461(c). *Id.* at 49–57. On November 22, 2019, the District Court issued a protective order mirroring the forfeiture allegations. R. 27. On January 3, 2020, Mr. Shah moved to amend the protective order, asking the Court to unfreeze $10.3 million to hire counsel of his choice, R. 75-1, which the District Court denied on April 8, 2020, R. 108.

The case proceeded to an eleven-week-long jury trial. R. 678 at 2. On April 11, 2023, the jury convicted Mr. Shah on 19 counts and acquitted him on 3 counts. *Id.* at 3.

1

On June 15, 2023, the Government moved for a preliminary order of forfeiture. R. 465. Based on the evidence adduced at the forfeiture hearing, Mr. Shah moved to amend the protective order to release millions of dollars in property that the Government conceded were not traceable to any criminal activity. R. 474, 524; *see also* R. 480 at 16, 229; R. 482 at 12; R. 482-11. The District Court granted Mr. Shah's motion and ultimately ordered the release of approximately $10.5 million, R. 500, 506, 551, 555. Mr. Shah also opposed the Government's motion for a preliminary order of forfeiture on other grounds. R. 511. The Court granted in part and denied in part the Government's forfeiture motion on November 15, 2023. R. 580.

On July 14, 2023, in parallel with the ongoing forfeiture litigation, Mr. Shah moved for acquittal or alternatively for a new trial. R. 489. The Court denied the motion on March 21, 2024. R. 678.

On July 14, 2023, Mr. Shah also moved to dismiss the indictment, or alternatively for a new trial, arguing that the Government violated the Fifth and Sixth Amendments and the forfeiture laws in restraining Mr. Shah's untainted assets before trial. R. 490. The District Court held evidentiary hearings, compelled testimony of multiple government attorneys and the disclosure of internal government work product, and ultimately denied that motion on June 12, 2024. R. 747.

On June 26, 2024, the District Court sentenced Mr. Shah to 90 months of imprisonment on each count to run concurrently and reserved ruling on the imposition of any order of restitution. The Court entered a judgment dated July 1, 2024, on the docket on July 2, 2024. R. 805.

Mr. Shah timely filed his Notice of Appeal on July 15, 2024, within 14 days after the entry of final judgment. *See* Fed. R. App. P. 4(b)(1)(A)(i).

The District Court had jurisdiction pursuant to 18 U.S.C. § 3231. The Court of Appeals will have jurisdiction under 28 U.S.C. § 1291 and 18 U.S.C. §§ 3664(o), 3742(a).

Dated: July 15, 2024

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2000
Fax: (314) 259-2020
*richard.finneran@bryancave.com*

*Attorneys for Defendant Rishi Shah*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon all counsel of record by operation of the Court's electronic filing system.

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN