IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RISHI SHAH, et al.,<br><br>        Defendants. | Case No. 19 CR 864<br><br>Judge Thomas M. Durkin |

**JOINT MOTION OF DEFENDANTS RISHI SHAH AND SHRADHA
AGARWAL TO EXTEND TIME TO DESIGNATE TRIAL EXHIBITS FOR APPEAL**

COME NOW Defendants Rishi Shah and Shradha Agarwal, by and through their undersigned counsel, and respectfully move this Court to extend their time to designate the trial exhibits to be cited in their appeal of their convictions until such time as the Joint Appendix is due in the appeal. In support of their motion, Mr. Shah and Ms. Agarwal state the following:

    1.    This Court issued its judgments against Mr. Shah and Ms. Agarwal on July 1, 2024 (Doc. ##805, 807).

    2.    Ms. Agarwal filed her notice of appeal from the judgment on July 12, 2024 (Doc. #811). Mr. Shah filed his notice of appeal from the judgment on July 15, 2024 (Doc. #816).

    3.    The next day, on July 16, 2024, this Court entered an order setting a hearing on restitution (the "Restitution Hearing") for September 3 through 5, 2024 (Doc. #818).

    4.    On July 18, 2024, this Court issued a letter to Mr. Shah's counsel stating that "[c]ounsel must ensure that Trial Exhibits to be included in the record which are not listed on the District Court docket and/or in the possession of the District Court Clerk are furnished to the Clerk on or before 7/29/24, together with an exhibit list." *See* Letter (Doc. #819). A similar letter was

issued to Ms. Agarwal on July 19, setting a date of July 26, 2024 for the provision of exhibits. *See* Letter (Doc. #824).

5. Due to the complex nature of this case and the unusually high number of trial exhibits, counsel require additional time to comply with the Court's request.

6. In addition, Mr. Shah and Ms. Agarwal intend to file a motion in the Court of Appeals hold the briefing schedule for appeal in abeyance pending this Court's determination of the issues to be resolved in the Restitution Hearing, in order to avoid the needless duplication of appellate proceedings. The Government has indicated it will not oppose that motion.

7. In light of the likely modification to the briefing schedule in the Court of Appeals, there is not the same urgency to finalize the designation of trial exhibits for appeal.

8. Permitting additional time will allow counsel to refine the list of which trial exhibits are likely to be cited on appeal, thereby minimizing the need to furnish a larger volume of exhibits to the Clerk for processing than would be otherwise be necessary.

WHEREFORE Mr. Shah and Ms. Agarwal pray that this Court extend their deadline to provide their trial exhibits for appeal to the Clerk until such date as the Joint Appendix is due in the Court of Appeals, and for such other and further relief as the Court deems just and proper.

Dated: July 29, 2024                    Respectfully submitted,

                                        BRYAN CAVE LEIGHTON PAISNER LLP

                                        */s/ Richard E. Finneran*
                                        RICHARD E. FINNERAN
                                        211 North Broadway, Suite 3600
                                        St. Louis, Missouri 63102
                                        Tel: (314) 259-2080
                                        Fax: (314) 259-2020
                                        *richard.finneran@bryancave.com*

                                        *Attorney for Defendant Rishi Shah*

                                        LAW OFFICE OF JOHN D. CLINE

                                        By: */s/ John D. Cline*
                                            John D. Cline

                                        Attorney for Defendant
                                        Shradha Agarwal

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was served upon all counsel of record by operation of the Court's electronic filing system.

                                                    */s/ Richard E. Finneran*
                                                    RICHARD E. FINNERAN