# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                               Plaintiff,

v.                                                                                         Case No.: 1:19−cr−00864
                                                                                             Honorable Thomas M. Durkin

Ashik Desai, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 31, 2024:

      MINUTE entry before the Honorable Thomas M. Durkin as to Ashik Desai, Rishi Shah, Shradha Agarwal, Brad Purdy: The government's response to Mr. Shah's motion for bail pending appeal [828] is due by 8/8/2024 and Mr. Shah's reply is due by 8/15/2024. The motion for leave to file a brief in excess of fifteen pages in support of Mr. Shah's motion for bail pending appeal [830] is granted. The Court is also in receipt of petition for relief from forfeiture on behalf of the Gravitas and Jumpstart entities ("the Entities") [822]. That motion was submitted by Mr. Shah's counsel, Richard Finneran, on behalf of the Entities. Before setting a briefing schedule, the Court asks Mr. Finneran to file a short written report by 8/7/2024 that: (1) identifies what individual(s) directed the petition to be filed on behalf of the Entities; (2) identifies what individual(s), besides Mr. Shah and Ms. Agarwal, stand to benefit from the Court granting the relief sought; and (3) explains how counsel can represent both Mr. Shah and the Entities without a conflict. A telephone conference to discuss the motion for bail pending appeal, the petition for relief from forfeiture, and the upcoming restitution hearing is set for 8/28/2024 at 11:00 a.m. To join the telephone conference, dial (650) 479−3207, Access Code 180 815 7648. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.