**U.S. Department of Justice**
United States Marshals Service

RCVD USMS JUL 29 '24 PM 1:04

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 19 CR 864 |
| DEFENDANT | TYPE OF PROCESS |
| Rishi Shah | amended preliminary order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
All right, title and interest in $1.5 million in funds held in client trust account ... (24-FBI-004661)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
c/o United States Marshals Service, 219 S. Dearborn St., Chicago, IL 60604

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Attn: Forfeiture Unit
U.S. Attorney's Office
219 S. Dearborn St., Suite 500
Chicago, IL 60604

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Pursuant to Ex B., paragraph xx., page 15, of the Amended Preliminary Order of Forfeiture entered on 6/18/24 as docket number 763, please confirm custody of the subject property listed above (24-FBI-004661)

Signature of Attorney other Originator requesting service on behalf of:
/s/ Corey Rubenstein, AUSA (by MR)
[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: 312-353-5300
DATE: 7/26/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 7/29/24  Time: 1:20 [X] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
Cynth Villoruel

Costs shown on attached USMS Cost Sheet >>

REMARKS

**FILED**
AUG 09 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

In USMS Custody as of 6/20/2024

Form USM-285
Rev. 03/21