UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 19 CR 864 |
| | ) | |
| RISHI SHAH, | ) | |
| SHRADHA AGARWAL, and | ) | Judge Thomas M. Durkin |
| BRAD PURDY | ) | |
| | ) | |

## JOINT STIPULATION REGARDING RESTITUTION

The UNITED STATES OF AMERICA, through MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and GLENN S. LEON, Chief of the Fraud Section of the Criminal Division, United States Department of Justice, and defendant RISHI SHAH, through his counsel, Richard Finneran, SHRADHA AGRAWAL, through her counsel, Patrick Blegen, and Brad Purdy, through his counsel, Theodore Poulos and John Palvetic, (collectively the "Parties"), jointly submit this stipulation regarding restitution, and state as follows:

1. This Court held sentencing hearings for the three defendants on June 25, 26, and 27, 2024. At the conclusion of the hearings, the Court announced that restitution is owed but deferred ruling on the amount pending a later hearing.

2. Title 18, United States Code, Section 3664(d)(5), provides that the Court may make a final determination of restitution at a date "not to exceed 90 days after sentencing."

3. The Parties hereby agree to waive any rights afforded under Section 3664(d)(5) to have a final determination of restitution completed within 90 days of

sentencing, and explicitly agree that the Court can make a restitution determination in this matter after the 90-day time period set forth in Section 3664(d)(5).

Dated: September 13, 2024          Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:    *s/ Jason Yonan*
Jason Yonan
Assistant United States Attorney
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 353-0708

GLENN S. LEON
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By:    *s/ Kyle C. Hankey*
Kyle C. Hankey
Assistant Chief
1400 New York Ave NW
Washington, D.C. 20530
(202) 616-2639

By:    *s/ Richard E. Finneran*
RICHARD E. FINNERAN
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2000

Attorney for Defendant Rishi Shah

By: *s/ Patrick Blegen*
PATRICK BLEGEN
Blegen & Associates
53 W. Jackson Blvd. Suite 1424
Chicago, Illinois 60604

Attorney for defendant
Shradha Agrawal

By: *s/ Theodore T. Poulos*
THEODORE T. POULOS
JOHN N. PAVLETIC, Jr.
Cotsirilos, Tighe, Streicker,
Poulos & Campbell, LTD.
55 E. Monroe St., Suite 3250
Chicago, Illinois 60603

Counsel for Brad Purdy