ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 2 – Imprisonment

Judgment – Page 2 of 8

DEFENDANT: BRAD PURDY
CASE NUMBER: 1:19-CR-00864(3)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 27 months as to counts 1-4, 7-9, 13, and 22-26, terms to run concurrently.

☒ The court makes the following recommendations to the Bureau of Prisons: It is recommended that the defendant serve his term of imprisonment at FPC Lewisburg, PA and that the defendant participate in RDAP.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at 2:00pm on

  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☒ before 2:00 pm on 9/19/2024

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

**FILED**
SEP 25 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## RETURN

I have executed this judgment as follows: _____

Defendant delivered on __9/17/24__ to __USP Lewisburg__ at __Lewisburg, PA__, with a certified copy of this judgment.

J. Sage, Warden
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

# UNITED STATES DISTRICT COURT
Northern District of Illinois

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| | ) | |
| BRAD PURDY | ) | Case Number: 1:19-CR-00864(3) |
| | ) | |
| | ) | USM Number: 54774-424 |
| | ) | |
| | ) | |
| | ) | Theodore Thomas Poulos |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s)   which was accepted by the court.

☒ was found guilty on count(s) 1-4, 7-9, 13, and 22-26 after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 18:1341 Mail Fraud | 02/02/2015 | 1 |
| 18:1341 Mail Fraud | 02/04/2015 | 2 |
| 18:1343 Wire Fraud | 05/04/2015 | 3 |
| 18:1341 Mail Fraud | 05/14/2015 | 4 |
| 18:1343 Wire Fraud | 03/17/2016 | 7 |
| 18:1014 Making False Statement to Bank | 03/23/2016 | 8 |
| 18:1344 Bank Fraud | 04/08/2016 | 9 |
| 18:1344 Bank Fraud | 12/23/2016 | 13 |
| 18:1343 Wire Fraud | 03/01/2017 | 22 |
| 18:1341 Mail Fraud | 03/16/2017 | 23 |
| 18:1343 Wire Fraud | 03/20/2017 | 24 |
| 18:1341 Mail Fraud | 04/24/2017 | 25 |
| 18:1343 Wire Fraud | 04/28/2017 | 26 |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s) Any remaining dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

June 27, 2024
Date of Imposition of Judgment

*Thomas M Durkin*
Signature of Judge

Thomas M. Durkin, United States District Judge
Name and Title of Judge

July 1, 2024
Date