IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

RISHI SHAH, et al.,

Defendants.

Case No. 19 CR 864

Judge Thomas M. Durkin

## STATUS REPORT REGARDING SUBPOENAS

COMES NOW Defendant Rishi Shah, by and through his undersigned counsel, and provides the below status report updating the Court regarding subpoenas previously issued to Goldman Sachs ("Goldman"), PatientPoint LLC ("PatientPoint"), Pritzker Group Venture Capital ("Pritzker"), and CapitalG Management Company LLC ("CapitalG"). Pursuant to the Court's request for a status report on or before September 11, 2025 (Doc. #983), the undersigned provides the following update:

1.      On May 6 and 7, 2025, with leave of court, subpoenas were served on Goldman, PatientPoint, Pritzker, and CapitalG.

2.      Since service, the undersigned has received documents from Goldman, PatientPoint, and CapitalG, as detailed in prior status reports. *See* Status Reports (Doc. #971, #973, #975, #977, #981).

3.      The undersigned has reviewed those documents and believes that a number of documents are relevant to this Court's determination of any restitution order in this case.

4.     As such, the undersigned intends to produce approximately 30 documents to counsel for the Government on or before September 18, 2025, in the hopes that the parties can agree to stipulate to their admission for the purposes of these restitution proceedings.

5.     Additionally, the undersigned intends to file an explanatory brief related to the supplemental exhibits he will seek the Government's agreement to admit. The undersigned will confer with counsel for the Government to reach a mutually agreeable date on which to do so and for the Government to file any response.

6.     Finally, on March 6, 2025, the Court requested that the parties submit a joint index of all restitution exhibits. Minute Entry (Doc. #938). However, in light of the fact that additional documents were being collected pursuant to the subpoenas, no such index has been submitted. The parties will additionally confer regarding a mutually agreeable date on which to file an index with the Court.

Dated: September 11, 2025

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER, LLP

By: */s/ Richard E. Finneran*
    Richard E. Finneran
    211 North Broadway, Suite 3600
    St. Louis, Missouri 63012
    Tel: (314) 259-2000
    Fax: (314) 259-2020
    *richard.finneran@bryancave.com*

*Counsel for Defendant Rishi Shah*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 11, 2025, the foregoing was served upon all counsel of record by operation of the Court's electronic filing system.

*/s/ Richard E. Finneran*

RICHARD E. FINNERAN