**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 1:19−cr−00864
Honorable Thomas M. Durkin
, et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 26, 2026:

MINUTE entry before the Honorable Thomas M. Durkin as to Rishi Shah, Shradha Agarwal: Unopposed motion to suspend deadlines related to Government's motion to revoke bail pending appeal [1046] is granted. Defendants are to respond to the Government's motion within ten (10) days following the Seventh Circuit's ruling on Defendants' pending petition for rehearing. The Government is to file its reply ten (10) days thereafter. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.