IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RISHI SHAH, et al.,<br><br>Defendants. | <br><br><br><br>Case No. 19 CR 864<br><br>Judge Thomas M. Durkin |

**DEFENDANTS' UNOPPOSED JOINT MOTION**
**<u>TO EXTEND TIME TO RESPOND TO MOTION TO REVOKE BOND</u>**

COMES NOW Defendants Rishi Shah and Shradha Agarwal, by and through their undersigned counsel, and respectfully move this Court to extend their time to respond to the Government's Motion to Revoke Bond (Doc. #1043) up to and including October 20, 2026, in order to permit counsel the time required to prepare a response in light of the Court's recent denial of the Defendants' Unopposed Joint Motion to Suspend Deadlines Related to Government's Motion to Revoke Bond (Doc. #1058). The Government does not oppose the request. In support of their request, Defendants state as follows:

1. Following briefing and oral argument, the Court granted Mr. Shah's request for bond pending appeal on September 16, 2024. Order (Doc. #882). The Court subsequently granted Ms. Agarwal's unopposed motion to stay imposition of her supervised release term during the pendency of the appeal. Order (Doc. #886).

2. Following briefing and oral argument, the United States Court of Appeals for the Seventh Circuit issued an opinion affirming Mr. Shah and Ms. Agarwal's convictions on August 6, 2026. Opinion (Doc. #1065).

3. On August 18, 2026, counsel for the Government filed a motion to revoke Defendants' bond pending appeal. Mot. (Doc. #1043) (the "Motion").

4. Based on Mr. Shah and Ms. Agarwal's unopposed motion (Doc. #1046), the Court subsequently ordered the briefing schedule on the Motion suspended pending the determination of their petition for rehearing and rehearing *en banc*. Minute Entry (Doc. #1047).

5. The United States Court of Appeals for the Seventh Circuit denied Mr. Shah and Ms. Agarwal's joint rehearing petition on October 1, 2026. In light of the denial of their rehearing petition, Mr. Shah and Ms. Agarwal intend to file a petition for writ of certiorari in the Supreme Court of the United States.

6. The parties previously conferred and agreed that the briefing schedule on the Government's Motion should be further suspended pending determination of the forthcoming petition for certiorari.

7. Mr. Shah and Ms. Agarwal further agreed, as a condition of the Government's agreement to suspend the briefing schedule on its Motion, that they would not seek an extension of time to file their petition for writ of, which is due on or before December 30, 2026.

8. Mr. Shah and Ms. Agarwal therefore filed an unopposed motion to suspend the briefing schedule pending the Supreme Court's determination of their petition for certiorari (Doc. #1058). Earlier today, October 9, 2026, the Court denied that motion and ordered Defendants to file a response on or before October 14, 2026 (Doc. #1061).

9. While the Defendants are keen to respond to the Government's Motion, the short time allotted between this Court's denial of the unopposed motion and October 14, 2026, does not provide their counsel sufficient time to prepare an appropriate response, especially given the press of other business and personal obligations of the undersigned.

10. Counsel for Mr. Shah, Richard E. Finneran, has previously scheduled family plans for the Columbus Day weekend, which happens to coincide with his spouse's birthday, that will significantly impair his ability to prepare an adequate response within the time provided.

11. Mr. Finneran is additionally confronting a major summary judgment deadline on Friday, October 16, 2026, in *TNT Amusements, Inc. v. Torch Electronics, LLC*, *et al.*, Case No. 4:23-cv-330 (E.D. Mo.), which deadline has already once been extended. Even without the extension by this motion, Mr. Finneran anticipates that he will be required to dedicate nearly all his available time during the week of October 12 to completing the briefing required for that matter. If Mr. Finneran is required to file his response to the Government's Motion within that same time, it will seriously affect his ability to prepare an adequate response to the Government's Motion.

12. In addition, counsel for Ms. Agarwal, Pat Blegen, is scheduled to be in an evidentiary hearing in the Circuit Court of Cook County in the matter of *People of the State of Illinois v. Dahvon Wilson,* 08 CR 09780, from October 13, 2026, through October 15, 2026. That hearing, along with preparation for the hearing, would likewise impair his ability to prepare an adequate response to the Government's Motion.[1]

13. Mr. Shah and Ms. Agarwal have complied with all conditions of their release, and they will continue to do so while the Court awaits their response to the Government's Motion.

14. Prior to filing the instant motion, the undersigned conferred via email with AUSA Jason Yonan, who indicated that the Government does not oppose Defendants' being granted the additional time requested herein to respond to the Government's Motion.

---

[1] While it is not his wife's birthday this weekend, it is Mr. Blegen's son's birthday this weekend, with attendant activities.

15. The instant motion is not made for the purpose of delay but instead to promote the orderly and just resolution of the issues presented by the Government's Motion.

WHEREFORE Mr. Shah and Ms. Agarwal respectfully request that this Court permit Defendants to respond to the Government's motion on or before October 20, 2026, and that the Court grant such other relief as the Court deems just and proper.

Dated: October 9, 2026

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN
HANNAH E. DEMAND
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2368
Fax: (314) 259-2020
*richard.finneran@bryancave.com*

*Attorney for Defendant Rishi Shah*

BLEGEN & ASSOCIATES

*/s/ Patrick W. Blegen*
PATRICK W. BLEGEN
53 W. Jackson Blvd., Suite 1424
Chicago, Illinois 60604
Tel: (312) 957-0100
*pblegen@blegenlaw.com*

*Attorney for Defendant Shradha Agarwal*