**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>v.<br>RISHI SHAH, SHRADHA AGARWAL, & BRAD PURDY,<br>*Defendants*. | No. 19 CR 864<br>Judge Thomas M. Durkin |

**DEFENDANT BRAD PURDY'S REPLY IN SUPPORT OF HIS REQUEST**
**TO APPORTION HIS RESTUTION OBLIGATION**

Brad Purdy appreciates the government's agreement (Dkt. 1070 at p. 5) that a fair and appropriate resolution to his restitution liability is to apportion and limit it to the compensation he received while employed by Outcome Health. With the government's agreement, Mr. Purdy respectfully requests that the court impose a restitution order in an amount not greater than $1,630,000 and concurrently order that co-defendant Rishi Shah is jointly and severally liable for the full amount of restitution due to the victims.

Dated: November 4, 2026

Respectfully submitted,

BRAD PURDY

By: /s/ *Theodore T. Poulos*

Theodore T. Poulos
COTSIRILOS, POULOS & CAMPBELL, LTD.
55 E. Monroe St., Ste. 3250
Chicago, IL 60603
(312) 263-0345
tpoulos@cotsiriloslaw.com

*Counsel for Brad Purdy*